In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-14-00247-CR**

**EBONY LIVING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Jefferson County, Texas**
**Trial Cause No. 293812**

**ORDER**

After this Court issued its opinion, in which we dismissed the appeal as untimely, appellant Ebony Living filed a motion for reconsideration. In the motion for reconsideration, Living argues that her attorney hand delivered a notice of appeal "to the Clerk of the County Court at Law No. 2 for filing[,]" but "[o]n or about May 23, 2014[,] it was discovered that the Notice of Appeal filed on April 8, 2014[,] was not processed by the trial court in a timely manner." Living contends "[t]his was an oversight by all parties and was not intentionally and knowingly done."

The appellate record before this Court is insufficient to establish that Living filed her notice of appeal on April 8, 2014. It is ORDERED that the trial court conduct a hearing to determine whether Living timely filed her notice of appeal. For this purpose the trial court shall conduct such hearings as may be necessary, make findings of fact and conclusions of law, and prepare a record of the proceeding. The trial court may receive evidence in the form of affidavits made under penalty of perjury or sworn testimony before the trial court at the hearing. The record of the hearing, including any orders and findings of the trial judge, as well as any affidavits or other exhibits received by the trial court, shall be filed in the Court of Appeals by August 25, 2014.

ORDER ENTERED July 24, 2014.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.